912

No. 386, Misc. WARNER v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *William B. Murrish* for petitioner.

No. 460, Misc. BIGGS, ADMINISTRATRIX, v. SMITH. C. A. 4th Cir. Certiorari denied. *William S. Sandifer* and *H. C. Bean* for petitioner. *L. W. Perrin, Jr.* and *Edward P. Perrin* for respondent.

No. 494, Misc. ERICKSON, ADMINISTRATRIX, v. MEDINA. C. A. 9th Cir. Certiorari denied. *David A. Fall* and *Silas Blake Axtell* for petitioner. *Ferdinand T. Fletcher* for respondent.

No. 510, Misc. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 517, Misc. O'HARA v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 523, Misc. ATKINS v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. C. A. 5th Cir. Certiorari denied. Reported below: 227 F. 2d 161.

No. 534, Misc. DI PALERMO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Nathan Kestnbaum* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.